UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:26-mj- 1240

CHRISTOPHER ALEXANDER DELGADO

**ORDER**

The Motion to Seal Complaint and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Complaint in this cause except when necessary to provide certified copies of the Complaint to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court.  It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

The Clerk is further ordered to unseal all documents relating to the Complaint without any further Order of the Court when the defendant is taken into custody.

DONE AND ORDERED at Orlando, Florida, this 20ᵗʰ day of February, 2026.

_____
HON. LESLIE HOFFMAN PRICE
United States Magistrate Judge

Copy to:   AUSA Richard Varadan

2