# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,                                   Case No.: 6:26-MJ-1240

v.

CHRISTOPHER ALEXANDER DELGADO,

  Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT Sean P. Shecter, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby enters his appearance as co-counsel of record for Defendant, Christopher Alexander Delgado in the above-styled case.

Dated:  February 24, 2026           Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendant*
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1282
Fax: 954-678-4090

By: */s/ Sean P. Shecter*
    Sean P. Shecter, Esq. (FBN 1032813)
    Sean.Shecter@lewisbrisbois.com
    Aviva.Pasternak@lewisbrisbois.com
    ftlemaildesig@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which serves a true and correct copy of the same to all attorneys.

/s/ Sean P. Shecter
Sean P. Shecter

2