UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:26-mj-1240

CHRISTOPHER ALEXANDER
DELGADO

## **NOTICE OF APPEARANCE**

The United States files this Notice of Appearance of the undersigned as

counsel for the United States in the above-captioned case.

Assistant United States Attorney Noah P. Dorman has been assigned as co-

counsel in this case.   Please forward all materials in this case to both counsel and co-

counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/Noah P. Dorman
Noah P. Dorman
Assistant United States Attorney
USA No. 223
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: noah.dorman@usdoj.gov