UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:26-mj-1240-LHP

CHRISTOPHER ALEXANDER
DELGADO

WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

2/24/26
Date

_____
Defendant's signature

_____
Signature of defendant's attorney

110 SE 6th Street Suite 2600
FoRt Lauderdale Florida 33301
Address of defendant's attorney

Sean.shector@lewisbrisbois.com
E-mail address of defendant's attorney

954-939-3364
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney