UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 6:26-mj-1240-LHP

CHRISTOPHER ALEXANDER
DELGADO

## NOTICE OF APPEARANCE

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this Notice of Appearance of the undersigned

as counsel for the United States in the above-captioned case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Hannah Watson*
       Hannah Watson
       Assistant United States Attorney
       Florida Bar No. 0123632
       35 SE 1st Avenue, Suite 300
       Ocala, Florida 34471
       Telephone:   (352) 547-3600
       Facsimile:    (352) 547-3623
       E-mail: Hannah.Watson@usdoj.gov

**U.S. v. Christopher Delgado**                    **Case No. 6:26-mj-1240-LHP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Sean P. Shecter, Esq
Maurice A. Johnson, Esq.


 /s/ *Hannah Watson*
Hannah Watson
Assistant United States Attorney
 Florida Bar No. 0123632
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:   (352) 547-3623
E-mail:      Hannah.Watson@usdoj.gov

2