UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 6:26-mj-1240-LHP

CHRISTOPHER ALEXANDER DELGADO

## NOTICE OF APPEARANCE

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this Notice of Appearance of the undersigned

as counsel for the United States in the above-captioned case.


Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:    /s/ Richard Varadan
       Richard Varadan
       Assistant United States Attorney
       Florida Bar No.: 1025743
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:   (407) 648-7500
       Facsimile:    (407) 648-7643
       E-mail: Richard.Varadan@usdoj.gov

**U.S. v. Christopher Alexander Delgado**          **Case No. 6:26-mj-1240-LHP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of record.

/s/ Richard Varadan
Richard Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: Richard.Varadan@usdoj.gov

2