UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 6:26-mj-1240-LHP

CHRISTOPHER ALEXANDER DELGADO

## JOINT MOTION FOR EXTENSION OF TIME BY WHICH INDICTMENT/INFORMATION MUST BE FILED

The United States and the defendant, Christopher Alexander Delgado, jointly move to extend the time for the return of an Indictment or Information through April 24, 2026. This extension best serves the interests of justice, and the time is excludable under 18 U.S.C. § 3161(h)(7)(A).

On February 20, 2026, the defendant was charged by criminal complaint for violations of 18 U.S.C. §§ 1343 (wire fraud) and 1957 (money laundering). (Doc. 1). The defendant was arrested on February 24, 2026, and had his initial appearance in Orlando that same day.

The United States is in the process of identifying potential victims, and counsel for the United States and the defendant currently are engaged in active discussions regarding the appropriate charges and any disposition of this matter. A continuance would serve the ends of justice by providing the parties with reasonable time to discuss these matters prior to any grand jury presentment, indictment, and trial.

The defendant has been apprised of the constraints of 18 U.S.C. § 3161 *et. seq.* as it relates to his case and voluntarily and with full knowledge of the consequences hereby waives any time from tolling on his right to a speedy indictment through April 24, 2026.

For these reasons, the United States and defendant jointly request an extension of the time within which an indictment or information may be filed in this case through April 24, 2026.

Respectfully submitted,

GREGORY W. KEHOE
UNITED STATES ATTORNEY

*/s/ Sean P. Shecter*  
Sean P. Shecter, Esq.  
Lewis Brisbois Bisgaard & Smith LLP  
Florida Bar No. 1032813  
110 SE 6th Street, Suite 2600  
Fort Lauderdale, Florida 33301  
Telephone: (954) 728-1282  
Sean.Shecter@lewisbrisbois.com

By: */s/ Richard Varadan*  
Richard Varadan  
Assistant United States Attorney  
Florida Bar No.: 1025743  
400 W Washington St. #3100  
Orlando, Florida 32801  
Telephone (407) 648-7500  
Richard.Varadan@usdoj.gov