UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

Case No. 6:26-mj-1240

CHRISTOPHER ALEXANDER
DELGADO

## WAIVER OF SPEEDY INDICTMENT/INFORMATION

I, Christopher Alexander Delgado, the above-named defendant, through undersigned counsel and after consultation with my attorney concerning my right to the return of a speedy indictment/information in this case, hereby voluntarily and knowingly waive my right to the return of a speedy indictment/information under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, and the United Sates Constitution, from the date of this waiver, through and including April 24, 2026.

Executed February 24, 2026

_____
Christopher Alexander Delgado

_____
SEAN P. SHECTER
MAURICE JOHNSON
TAYLOR DAVIDSON

*Counsel for defendant*