UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 6:26-mj-1240-LHP

CHRISTOPHER ALEXANDER DELGADO

### ORDER

Upon joint motion of the United States and the Defendant, Christopher Alexander Delgado, the Court hereby finds that there is good cause shown to grant an extension of time in which to return an indictment or file an information, that the extension would best serve the interests of justice based on the reasons stated in the parties' joint motion, and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Court hereby GRANTS the joint motion and finds that all time from February 25, 2026, through April 24, 2026, is tolled under 18 U.S.C. §§ 3161(b) and (h)(7).

IT IS HEREBY ORDERED.

Date: _____

_____
HON. LESLIE HOFFMAN PRICE
United States Magistrate Judge