**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | **6:26-mj-1240-LHP** | **DATE:** | **March 5, 2026** |
| **HONORABLE LESLIE HOFFMAN PRICE** | | **INTERPRETER:** | |
| **UNITED STATES OF AMERICA** **v.** **CHRISTOPHER ALEXANDER DELGAGO** | | **LANGUAGE:** | |
| | | **ASSISTANT U.S. ATTORNEY:** **Hannah Watson** **Richard Varadan** | |
| | | **DEFENSE COUNSEL:** **Sean Shecter** **Maurice Johnson** | |
| **COURT REPORTER:** DIGITAL https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | | **DEPUTY CLERK:** | **Edward Jackson** |
| **TIME** 10:59-11:38 11:58-12:15 | **TOTAL: 55 mins** | **PRETRIAL:** | **Sonya Williams** |
| | | **COURTROOM:** | **5D** |

**PROCEEDINGS: MOTION HEARING [22]**

(✓)    Case called; appearances taken; procedural setting by the Court.

(✓)    Issues were addressed.

(✓)    Motion was granted in part. Order to be entered.