**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:26-mj-1240-LHP**

**CHRISTOPHER ALEXANDER**
**DELGADO**

_____

## ORDER

On February 20, 2026, a criminal complaint was issued charging Defendant

Christopher Alexander Delgado with one count of wire fraud in violation of 18

U.S.C. § 1343, and one count of money laundering in violation of 18 U.S.C. § 1957.

Doc. No. 1.   Defendant was arrested and the Court conducted initial appearance

proceedings under Fed. R. Crim P. 5 on February 24, 2026, during which the Court

established conditions of pretrial release.   Doc. Nos. 9, 12-14.   One of the

conditions the Court established was that:

> Defendant agrees to repatriate certain funds from accounts in
> Dubai, and to turn over certain funds (fiat currency and/or
> cryptocurrency), jewelry, vehicles, and other tangible assets to the
> United States via a schedule to be agreed up and filed with the Court
> by 5:00 pm on Monday, March 2, 2026.   The transfer of these funds
> and assets must be completed no later than April 30, 2026.

Doc. No. 13, at 5.

Now before the Court is the United States' Motion for Addendum to

Appearance Bond.   Doc. No. 22.   The motion sets forth a lengthy list of personal

property (to include vehicles and jewelry) located both within and without the

Untied States, and provides directions for Defendant to surrender this property to

the Internal Revenue Service, in some instances without any deadline.  *Id.* Although Defendant did not object to the motion, upon review the Court became concerned about whether the requests in the motion were within the Court's authority under 18 U.S.C. § 3142(c), and therefore set the matter for a hearing, which was held today, March 5, 2026.   Doc. Nos. 23-24.    Counsel for the United States, for the Defendant, and the Defendant himself were present.

Following a robust discussion with the parties, and for the reasons stated on the record, to include the parties' desire to preserve the status quo during the pendency of this case and to ensure Defendant is not a risk of flight, and pursuant to 18 U.S.C. § 3142(c), the United States' motion (Doc. No. 22) is **GRANTED IN PART**, and the condition that "Defendant agrees to repatriate certain funds from accounts in Dubai, and to turn over certain funds (fiat currency and/or cryptocurrency), jewelry, vehicles, and other tangible assets to the United States via a schedule to be agreed up and filed with the Court by 5:00 pm on Monday, March 2, 2026.  The transfer of these funds and assets must be completed no later than April 30, 2026" is hereby **REMOVED** and **REPLACED** with the following:

1.      Within **75 days** from the date of this Order, Defendant shall place into the Court registry the funds from Defendant's Emirates NBD High Interest Yield Acct.

2.      Defendant Christopher Alexander Delgado is **PROHIBITED** from taking any action directly or indirectly that would result in the sale or transfer of

any of the following items of tangible personal property (whether located within or

without the United States):

1. 2025 Escalade V, Vehicle Identification Number ("VIN") 1GYS9HR95SR147650, registered to Goliath Ventures, Inc.;
2. 2024 Lamborghini Huracán, VIN ZHWUT4ZFXRLA26330, registered to Christopher Delgado;
3. 2024 Bentley Bentayga, VIN SJAHT2ZV0RC025272, registered to Christopher Delgado;
4. 2024 Lincoln Navigator L, VIN 5LMJJ3TG2REL19131, registered to Goliath Ventures, Inc.;
5. 2023 Rolls Royce Cullinan, VIN SLATV4C02PU217321, registered to Christopher Delgado;
6. 2022 Mercedes Benz Sprinter, VIN W1X8EC3Y6NT121984, registered to Goliath Ventures, Inc.;
7. 2023 Ferrari 296 GTS, VIN ZFF01SMB000291713;
8. 2023 Cadillac Escalade, VIN 1GYS47KLXPR263920;
9. Audemars Piguet Royal Oak Selfwinding Chronograph watch with smoked blue "Grande Tapisserie" dial and diamond bezel;
10. Audemars Piguet Royal Oak Frosted Gold Double Balance Wheel Openworked watch;
11. Audemars Piguet Royal Oak Selfwinding Chronograph pink gold watch fully set with brilliant-cut diamonds;
12. Audemars Piguet Royal Oak Concept Split-Seconds Chronograph GMT Large Date carbon and gold watch;
13. Audemars Piguet Royal Oak "Jumbo" Extra-Thin gold watch with a smoked yellow-gold-toned "Petiite Tapisserie" dial;
14. Rolex Daytona watch with rainbow bezel;
15. Rolex Yacht-Master Oysterflex "Cotton Candy" Baguette Diamond white gold watch;
16. Rolex Oyster Perpetual Day-Date watch in gold with a chocolate, diamond-set dial, diamond-set bezel, and diamond-set President bracelet;
17. Rolex Oyster Perpetual Day-Date platinum watch with Arabic dial, trapeze diamond-set bezel, and a President bracelet;
18. Rolex Oyster Perpetual Day-Date 40mm white gold watch with Mother of Pearl dial, diamond-set bezel, and a President bracelet;
19. Rolex Yacht-Master 40 mm Everose gold watch with diamond-paved dial and Oysterflex bracelet;

20. Rolex Oyster Perpetual Day-Date 40 mm watch in 18kt yellow gold, with a diamond-paved dial, diamond-set bezel, and a President bracelet;

21. Rolex Oyster Perpetual Day-Date 36 mm watch in platinum, with an ice-blue, diamond-set dial, diamond-set bezel, and a President bracelet;

22. Rolex Oyster Perpetual Day-Date 36 mm platinum watch with silver dial, trapeze diamond-set bezel, and a President bracelet;

23. Rolex Oyster Perpetual Day-Date 40 mm watch in 18 kt yellow gold, fluted bezel, with champage-colour dial, fluted bezel, and a President bracelet;

24. Jacob & Co. Astronomia Solar Bitcoin 44 mm Watch in titanium blacked out with DLC, black alligator leather band;

25. Jacob & Co. Casino Roulette Tourbillon Watch with black alligator leather band;

26. Jean Schlumberger by Tiffany & Co. Bird on a Rock Diamond watch with black leather band;

27. Tiffany & Co. Titan by Pharrell Willians Necklace in Titanium, Gold, and Diamonds;

28. Tiffany & Co. HardWear Graduated Link Necklace in White Gold with Pavé Diamonds;

29. Tiffany & Co. Jean Schlumberger Gold and Diamond Necklace;

30. Tiffany & Co. Titan by Pharrell Willians Necklace in 18k Yellow Gold with Diamonds;

31. Tiffany & Co. Tiffany 1837 Makers I.D. Tag Pendant in yellow gold with Goliath logo on a yellow gold beaded chain;

32. Three pairs of Goliath Logo Cufflinks;

33. One pair of Rolls Royce Cufflinks;

34. One pair of Christian Dior Logo Cufflinks;

35. One pair of Louis Vuitton Cufflinks;

36. One pair of round Cartier Santos-style Cufflinks;

37. Tiffany & Co. Titan by Pharrell Willians Bracelet in Titanium, Gold, and Diamonds;

38. Tiffany & Co. Titan by Pharrell Willians Bracelet in 18k Yellow Gold with Diamonds;

39. Tiffany & Co. Jean Schlumberger Gold and Diamond Bracelet;

40. Tiffany & Co. Tiffany T1 bangle in white gold with baguette and pavé diamonds;

41. Tiffany & Co. Tiffany T1 wide diamond hinged bangle in white gold with emeralds;

42. Tiffany & Co. Tiffany T1 wide diamond hinged bangle in white gold;

43. Tiffany & Co. Tiffany Lock bangle in white gold with full pavé diamonds;

44. Tiffany & Co. Tiffany T pavé diamond square bracelet in yellow gold;

45. Bvlagari Serpenti Viper Bracelet in 18k white gold set with full pavé diamonds;

46. Bvlagari Serpenti Viper Bracelet in 18k rose gold set with full pavé diamonds;

47. Van Cleef & Arpels Vintage Alhambra Bracelet, 5 Motifs in 18K yellow gold, diamond, and malachite;

48. Van Cleef & Arpels Vintage Alhambra Bracelet, 5 Motifs in 18K gold, diamond, mother-of-pearl (dark);

49. One pair of Louis Vuitton Princess Cut Diamond Stud Star cut Earrings; and

50. One pair of Louis Vuitton Volt One Stud White Gold and Diamond Earrings;

51. Tiffany & Co. Jean Schlumberger Gold and Gem Set Fish Brooch; and

52. Men's Diamond Encrusted Goliath Logo Ring.

3. In all other respects, the motion (Doc. No. 22) is **DENIED WITHOUT PREJUDICE**, and all other conditions of release remain in full force and effect.

Doc. No. 13,

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2026

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Pretrial Services Office
Counsel for Defendant