**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**               Case No.: 6:26-mj-1240

     Plaintiff,

vs.

**CHRISTOPHER ALEXANDER DELGADO**,

     Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, **Christopher Alexander Delgado**, through undersigned counsel, respectfully moves this Court, pursuant to Title 18 U.S.C. § 3142(c)(3), to modify certain conditions of his pretrial release. In support, Defendant states as follows:

### I.   INTRODUCTION

Mr. Christopher Delgado ("Mr. Delgado") has fully complied with all conditions of release imposed by the Court. He now seeks a limited and narrowly tailored modification to permit contact with his immediate family members.

The requested modification does not increase any risk of flight or danger to the community, and remains fully consistent with the purposes of the Bail Reform Act. The undersigned has conferred with counsel from the Government and separately Pre-Trial Services. Neither party has an objection to the instant request.

### II.   RELEVANT BACKGROUND

On February, 24, 2026, Mr. Delgado appeared before the Court where it imposed conditions of release under Title 18 U.S.C. § 3142. One of the conditions of release was

that Mr. Delgado not communicate or contact any current and/or past investors or employees. While Mr. Delgado has strictly complied with all conditions, maintained contact with Pre-Trial Services, and followed all directives issued by the Government and the Court, the one condition, not allowing any direct or indirect contact with employees or investors, has prevented Mr. Delgado from communicating with his mother, Alejandra Stuart, and his father, David Stuart (collectively "Mr. and Mrs. Stuart").

## III.   REQUESTED MODIFICATIONS

Defendant respectfully requests permission to have contact with Mr. and Mrs. Stuart. Mr. Delgado's parents form his immediate and essential support network, and contact with them is necessary for basic familial, logistical, and emotional stability.

They can assist him with routine day-to-day matters that are entirely unrelated to the allegations in this case, and their involvement would help provide the stability needed for him to navigate the ongoing proceedings. Allowing contact with his parents is a narrow, reasonable modification that enhances his ability to manage personal affairs and poses no risk to the integrity of the case.

## IV.   LEGAL STANDARD

Under Title 18 U.S.C. § 3142(c)(3), the Court may "at any time" amend the conditions of release "to impose additional or different conditions of release." *United States v. Fard*, No. 8:17-CR-131-T-33MAP, 2017 WL 11610729, at *1 (M.D. Fla. July 26, 2017). Courts routinely modify conditions when the requested changes: (i) pose no additional risk of flight; (ii) ensure the defendant's continued compliance; and (iii) facilitate ordinary family, business, or personal affairs. The requested modification meets this standard.

### V.   ARGUMENT

Currently, Mr. Delgado has been fully compliant with all conditions of release. He has obeyed every directive, made all required appearances, and consistently demonstrated reliability and stability. The requested modification — to permit contact with his parents — poses no risk of flight, obstruction, or interference with the investigation. His parents are known, easily identifiable, and readily monitored, and their involvement presents no concerns for supervision. Allowing this limited familial contact supports his stability and emotional well-being and facilitates orderly preparation of the defense. This narrow and reasonable adjustment falls squarely within the type of routine and appropriate modifications which are commonly granted in similar circumstances.

The Bail Reform Act favors the least restrictive means necessary. Allowing these narrowly circumscribed contacts aligns with § 3142's directive to impose only the conditions necessary to reasonably assure the Mr. Delgado's appearance and safety. As noted above, neither Pre-Trial Services nor the Department of Justice objects to this request.

WHEREFORE, Defendant **CHRISTOPHER ALEXANDER DELGADO** respectfully requests that this Court modify the conditions of release to permit him contact with his mother, Alejandra Stuart, and his father, David Stuart, and grant any further relief the Court deems just and proper.

Dated: March 13, 2026                    Respectfully submitted,

**Lewis Brisbois Bisgaard & Smith LLP**
*Attorneys for Defendant*
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1282
Fax: 954-678-4090


By: */s/ Maurice A. Johnson*
    Maurice A. Johnson, Esq. (FBN 1039857)
    Maurice.Johnson@lewisbrisbois.com
    Aviva.Pasternak@lewisbrisbois.com
    Sean P. Shecter, Esq. (FBN 1032813)
    Sean.Shecter@lewisbrisbois.com
    Aviva.Pasternak@lewisbrisbois.com
    ftlemaildesig@lewisbrisbois.com


**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on this 13th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which serves a true and correct copy of the same to all attorneys.


                    *Maurice A. Johnson*
                    Maurice A. Johnson