UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:26-mj-1240-LHP

CHRISTOPHER ALEXANDER DELGADO

**CONSENT MOTION FOR CLARIFICATION**

The United States of America, with the consent of the Defendant, Christopher Alexander Delgado, moves for clarification of the Court's March 5, 2026, Order on the United States' Motion for Addendum to Appearance Bond ("Order"). [Doc. No. 25]. Specifically, this Court scheduled a hearing on March 5th to address the Motion for Addendum to the Appearance Bond where it "listed a lengthy list of personal property (to include vehicles and jewelry) located both within and without the United States, and provide[d] directions for the Defendant to surrender th[at] property to the Internal Revenue Service, in some instances without any deadline." [Doc. No. 25:1-2]. During the hearing, the parties notified the Court that the Defendant had already voluntarily surrendered certain assets to assuage the government's concerns about his risk of flight. The Court, in an attempt to preserve the status quo, issued an order that stated the Defendant is prohibited from "taking any action directly or indirectly that would result in the sale of transfer" of items listed in the Order ("Items"). *Id.* at 2-3. The parties believe that the Order does not prohibit the Defendant from voluntarily consenting to: (1) the forfeiture of certain items listed in the Order; (2) facilitating the liquidation of his interest in leased vehicles with the funds going directly to the United

States; or (3) authorizing the United States' representatives abroad to sell the foreign assets and repatriate the net sale proceeds. However, if they so choose, the parties are hesitant to move forward on these possible options without clarification from the Court.

The Defendant's counsel, Sean P. Shecter, Esq. and Maurice A. Johnson, Esq., advised the undersigned that they consent to the filing of this motion.

WHEREFORE, the United States respectfully requests this Honorable Court enter an order clarifying that the prohibition on the Defendant selling or transferring the assets listed in the Order was not intended to prohibit the Defendant from voluntarily consenting to: (1) forfeiture of certain items listed in the Order; (2) liquidation of his interest in leased vehicles with proceeds paid directly to the United States; or (3) authorization for U.S. representatives abroad to sell the foreign assets and repatriate the net proceeds.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Hannah Watson
Hannah Watson
Assistant United States Attorney
Florida Bar No. 0123632
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: Hannah.Watson@usdoj.gov

2

**U.S. v. Christopher Alexander Delgado**        **Case No. 6:26-mj-1240-LHP**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Sean P. Shecter, Esq

Maurice A. Johnson, Esq.

I hereby certify that on March 31, 2026, a true and correct copy of the

foregoing document and the notice of electronic filing were sent by Hand Delivery to

the following non-CM/ECF participant(s):

N/A

*/s/* Hannah Watson
Hannah Watson
Assistant United States Attorney
Florida Bar No. 0123632
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: Hannah.Watson@usdoj.gov

3