UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER ALEXANDER DELGADO

Case No. 6:26-mj-1240

## WAIVER OF SPEEDY INDICTMENT/INFORMATION

I, Christopher Alexander Delgado, the above-named defendant, through undersigned counsel and after consultation with my attorney concerning my right to the return of a speedy indictment/information in this case, hereby voluntarily and knowingly waive my right to the return of a speedy indictment/information under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, and the United Sates Constitution, from the date of this waiver, through and including June 26, 2026.

Executed April 16, 2026

Christopher Alexander Delgado

SEAN P. SHECTER
MAURICE JOHNSON
TAYLOR DAVIDSON

*Counsel for defendant*