UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:26-mj-01240-LHP

CHRISTOPHER DELGADO

## MOTION TO WITHDRAW

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests the Clerk of Court to

withdraw the name of Assistant United States Attorney Noah P. Dorman in the

above-styled cause.

The government is represented in this matter by Assistant United States

Attorney Richard Varadan.

                              Respectfully submitted,

                              GREGORY W. KEHOE
                              United States Attorney

                    By:   /s/ Noah P. Dorman
                          Noah P. Dorman
                          Assistant United States Attorney
                          USA No. 223
                          400 W. Washington Street, Suite 3100
                          Orlando, Florida 32801
                          Telephone:  (407) 648-7500
                          Facsimile:   (407) 648-7643
                          E-mail: noah.dorman@usdoj.gov